UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 27 AM 11: 55

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Jose Luis MARTINEZ-Araujo,<br><br>            Defendant | Magistrate Docket No.<br><br>**'08 MJ 1658**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 25, 2008** within the Southern District of California, defendant, **Jose Luis MARTINEZ-Araujo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27**th **DAY OF MAY, 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Jose Luis MARTINEZ-Araujo**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 25, 2008 at approximately 4:20 PM, Border Patrol Agent Villalobos was working the primary inspection position at the U.S. Border Patrol Traffic Checkpoint on State Route 94 in Jamul, California. The checkpoint was fully operational with all warning lights and signs in place. At this time, a gray Dodge 250 van approached the primary inspection area. Agent Villalobos motioned for the vehicle to conduct an immigration inspection. Agent Wallace approached the vehicle from the passenger side, and observed numerous individuals lying on the floor of the van. Agent Wallace alerted Agent Villalobos to the individuals lying in the back of the van. Agent Wallace placed a "Stop Stick" in front of the right front tire, and Agent Villalobos ordered the driver, later identified as Feliciano VARGAS-Rosales, to shut off the vehicle. VARGAS complied with commands and was removed from the vehicle.

Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview with VARGAS, and he freely admitted to being in the United States without proper immigration documentation. VARGAS was placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint. Agent Villalobos then removed nine individuals from the back of the van. Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview on each individual separately. Each individual interviewed including one later identified as the defendant **Jose Luis MARTINEZ-Araujo**, freely admitted to being in the United States without the proper immigration documents. All nine subjects including the defendant were placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 13, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Warnings and was willing to make a statement without an attorney present. He freely admitted to being a citizen and national of Mexico without the proper documentation to be in the United States legally.

**Executed on May 26, 2008 at 9:30 a.m.**

_____
Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 25, 2008**, in violation of Title **8**, United States Code, Section **1326**.

_____          _____
Jan M. Adler                                                              Date/Time
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jose Luis MARTINEZ-Araujo

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 25, 2008 at approximately 4:20 PM, Border Patrol Agent Villalobos was working the primary inspection position at the U.S. Border Patrol Traffic Checkpoint on State Route 94 in Jamul, California. The checkpoint was fully operational with all warning lights and signs in place. At this time, a gray Dodge 250 van approached the primary inspection area. Agent Villalobos motioned for the vehicle to conduct an immigration inspection. Agent Wallace approached the vehicle from the passenger side, and observed numerous individuals lying on the floor of the van. Agent Wallace alerted Agent Villalobos to the individuals lying in the back of the van. Agent Wallace placed a "Stop Stick" in front of the right front tire, and Agent Villalobos ordered the driver, later identified as Feliciano VARGAS-Rosales, to shut off the vehicle. VARGAS complied with commands and was removed from the vehicle.

Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview with VARGAS, and he freely admitted to being in the United States without proper immigration documentation. VARGAS was placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint. Agent Villalobos then removed nine individuals from the back of the van. Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview on each individual separately. Each individual interviewed including one later identified as the defendant **Jose Luis MARTINEZ-Araujo**, freely admitted to being in the United States without the proper immigration documents. All nine subjects including the defendant were placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 13, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Warnings and was willing to make a statement without an attorney present. He freely admitted to being a citizen and national of Mexico without the proper documentation to be in the United States legally.

Executed on May 26, 2008 at 9:30 a.m.

_____
Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 25, 2008**, in violation of Title **8**, United States Code, Section **1326**.

_____           5/26/08 @ 10:44 a.m.
Jan M. Adler                                                Date/Time
United States Magistrate Judge